## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MELISSA DASILVA, et al., | ) | 3:10-CV-0381-RCJ (VPC) |
| Plaintiffs, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 30, 2010 |
| WELLS FARGO BANK, N.A., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN     REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On June 23, 2010, this action was removed from the Second Judicial District Court of the State of Nevada (#1).  Counsel of record for the plaintiffs, Rachel Crus, Esq. of The Reynolds Law Firm, Inc., is not a member of the bar of this Court pursuant to LR IA 10-1.  Ms. Crus is also not a registered user of the Court's Case Management/Electronic Case Filing ("CM/ECF") program.

Ms. Crus shall have to and including **Friday, October 15, 2010** to apply to become a member of the bar of the United States District Court for the District of Nevada and to register for the CM/ECF program.  If Ms. Crus fails to comply with both of the above requirements, she will be removed from the docket in this matter and will no longer receive notice of filings from the Court.

Furthermore, if Ms. Crus fails to comply with this order, Kathryn Reynolds, Esq., co-counsel for plaintiffs, will be required to obtain new local counsel pursuant to LR IA 10-2(9)(d).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/
       Deputy Clerk