UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

RECEIVED
FILED          SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

JAN - 6 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                    DEPUTY

MELISSA DASILVA, et al., )  CASE NO. 3:10-CV-0381-RCJ-VPC
)
   Plaintiff(s), )
)
vs. )  **AMENDED**
)  **ORDER TO SHOW CAUSE**
WELLS FARGO BANK, N.A., et al., )
)
   Defendant(s), )
_____)

On January 6, 2011, the Court was advised the United States Marshal's Office failed to timely serve the order to show cause as directed by the Court on December 7, 2010 (#100).

In an effort to insure Ms. Reynolds is provided a sufficient amount of time to properly respond to the order to show cause,

IT IS ORDERED that the show cause hearing set for January 14, 2011 is VACATED and CONTINUED to **Monday, February 14, 2011 at 9:00 a.m.**

IT IS ORDERED that a copy of this amended order to show cause be personally served on Kathryn Reynolds at The Reynolds Law Firm, Inc., at 10116 Jibboom Street, Second Floor, Truckee, California 96160 by the United States Marshal's Office within thirty (30) days of this Order.

IT IS ORDERED that plaintiffs' counsel, Kathryn Reynolds, appear before the District Court of the United States for the District of Nevada presided over by the Honorable Valerie P. Cooke, U.S. Magistrate Judge, the undersigned, in the Bruce R. Thompson United States Courthouse and Federal Building, 400 South Virginia Street, Fourth Floor, Reno, Nevada, on the **14th** day of **February 2011** at **9:00 a.m.**, Courtroom No. 1, to show cause why Kathryn Reynolds should not be sanctioned for failure to appear when required for a pretrial conference as ordered by the court (#57), pursuant to Local Rule IA 4-1(a) and (d).

IT IS FURTHER ORDERED, within five (5) days of the scheduled show cause hearing, Kathryn Reynolds, shall file objections to this order, if any. A copy of any objections shall be served upon opposing counsel.

DATED: January 6, 2011

_____
VALERIE P. COOKE,
UNITED STATES MAGISTRATE JUDGE